# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0024. STEVENS v. THE STATE.**

Paul D. Stevens, acting pro se, filed an emergency motion for an extension of time in which to file an application for discretionary appeal. The court order of which he seeks review was entered on November 14, 2016, and Stevens' motion seeking an extension of time to file his application was first received in this court on December 15, 2016. He did not include a copy of the order, however, which is required by Court of Appeals Rule 40 (b) (2), so the motion was returned to him and then docketed on December 29, 2016, when it was returned to this Court with all of the necessary paperwork.

Court of Appeals Rule 31 (a) provides that an application for discretionary appeal of this type must be filed in this Court within 30 days of the date of the entry of the trial court's order being appealed. Rule 31 (i) further provides: "No extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date."

Accordingly, Stevens' motion for an extension of time not having been filed on or before the application due date, the motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/10/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*